**Fill in this information to identify the case:**

Debtor 1: Sharon Rhea Googer aka Sharon Googer Mitchel aka Sharon M. Googer aka Sharon R Googer

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Georgia
(State)

Case number: 19-54494-lrc

# Form 4100R
## Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association as trustee for Treehouse Series V Trust

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: ******5591

**Property address:**
3453 Amhurst Pkwy
Number    Street

College Park    GA    30349-8026
City    State    ZIP Code

**Please note the claim which is the subject of the Notice of Final Cure has been acquired by U.S. Bank Trust National Association as trustee for Treehouse Series V Trust. To ensure compliance with Fed. R. Bankr. P. 3002.1, U.S. Bank Trust National Association as trustee for Treehouse Series V Trust's is filing the within Response to the Notice of Final Cure, despite the absence of a filed Transfer of Claim.

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:  ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 11,460.88

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ 2,115.50

c. **Total**. Add lines a and b.    (c) $ 13,576.38

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    03/01/2021
MM / DD / YYYY

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1 Sharon Rhea Googer aka Sharon Googer Mitchel aka Sharon M. Googer aka Sharon R Googer    Case number (*if known*) 19-54494-lrc
First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ◼ all payments received;
- ◼ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ◼ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Brian Jordan    Date 07/29/2022
Signature

Print: **Brian K. Jordan**    Title: Attorney GA SBN 113008
First Name   Middle Name   Last Name

Company: Aldridge Pite, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: Fifteen Piedmont Center 3575 Piedmont Road, N.E. Suite 500
Number   Street

Atlanta    GA    30305
City    State    ZIP Code

Contact phone (404) 994-7600    Email bjordan@aldridgepite.com

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: July 29, 2022

| | |
|---|---|
| Chapter 13 Trustee: | Melissa J. Davey |
| Trustee Address: | Standing Chapter 13 Trustee |
| | Suite 2250 |
| | 233 Peachtree Street NE |
| | Atlanta, GA 30303 |
| Trustee Email: | mail@13trusteeatlanta.com |
| | |
| Debtor's Counsel Name: | E. L. Clark |
| Debtor's Counsel Address: | Clark & Washington, P.C. |
| | Bldg 3 |
| | 3300 Northeast Expressway |
| | Atlanta, GA 30341 |
| Debtor's Counsel Email: | ecfnotices@cw13.com |
| | |
| Debtor 1 Name: | Sharon Rhea Googer |
| Debtor's Mailing Address: | 3453 Amhurst Pkwy  Atlanta, GA 30349 |

                                                           /s/ Brian K. Jordan

PPFN $1649.50
PPFN $200
PPFN $266

| | |
|---|---|
| Loan# | [redacted] |
| Borrower: | Googer |
| BK Case: | 19-54494 |
| Date Filed: | 3/21/2019 |
| 1st Post Pet Due: | **4/1/2019** |
| POC covers: | 7/1/18 - 3/1/19 |

**PAYMENT CHANGES**

| DATE | P&I | Escrow | TOTAL | |
|---|---|---|---|---|
| 7/1/2018 | 249.41 | 343.45 | 592.86 | |
| 10/1/2018 | 249.41 | 341.26 | 590.67 | |
| 12/1/2018 | 249.41 | 331.91 | 581.32 | |
| **4/1/2019** | **249.41** | **387.33** | **636.74** | Filed POC |
| **6/1/2020** | **249.41** | **470.19** | **719.60** | NOPC |
| **6/1/2021** | **249.41** | **442.24** | **691.65** | NOPC |
| **6/1/2022** | **249.41** | **476.59** | **726.00** | NOPC |
| | | **0.00** | | |
| | | **0.00** | | |
| | | **0.00** | | |
| | | 0.00 | | |

| Date | Amount Recvd | Post or Pre | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | APO Due Date | APO CREDIT | APO DEBIT | APO SUSPENSE BALANCE | APO PAID TO DATE | POC Due Date | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date | Fee/Escrow Deposit | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balances | | | | | | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | | | $392.14 | $0.00 | | |
| 4/22/2019 | $636.74 | Post | 4/1/19 | 7/1/18 | $636.74 | $0.00 | | | $0.00 | | | | $0.00 | $0.00 | | | | $392.14 | $0.00 | | |
| 7/15/2019 | $1,100.00 | Post | 5/1/19 | 8/1/18 | $636.74 | $463.26 | $463.26 | | $463.26 | | | | $0.00 | $0.00 | | | | $392.14 | $0.00 | | |
| 7/16/2019 | $600.00 | Post | 6/1/19 | 9/1/18 | $636.74 | -$36.74 | | $36.74 | $426.52 | | | | $0.00 | $0.00 | | | | $392.14 | $0.00 | | |
| 10/9/2019 | | Pre | | | | $0.00 | | | $426.52 | | | | $0.00 | $0.00 | | $106.17 | | $498.31 | $106.17 | | |
| 11/12/2019 | | Pre | | | | $0.00 | | | $426.52 | | | | $0.00 | $0.00 | | $194.85 | | $693.16 | $301.02 | | |
| 12/10/2019 | | Pre | Pre-Petition Pmt Applied | 10/1/18 | | $0.00 | | | $426.52 | | | | $0.00 | $0.00 | 7/1/2018 | $194.90 | $592.86 | $295.20 | $495.92 | | |
| 1/8/2020 | | Pre | | | | $0.00 | | | $426.52 | | | | $0.00 | $0.00 | | $194.90 | | $490.10 | $690.82 | | |
| 2/11/2020 | | Pre | Pre-Petition Pmt Applied | 11/1/18 | | $0.00 | | | $426.52 | | | | $0.00 | $0.00 | 8/1/2018 | $194.90 | $592.86 | $92.14 | $885.72 | | |
| 3/11/2020 | | Pre | | | | $0.00 | | | $426.52 | | | | $0.00 | $0.00 | | $194.90 | | $287.04 | $1,080.62 | | |
| 4/7/2020 | | Pre | | | | $0.00 | | | $426.52 | | | | $0.00 | $0.00 | | $194.90 | | $481.94 | $1,275.52 | | |
| 4/8/2020 | $6,000.00 | APO | APO Instanter payment | | $6,000.00 | $0.00 | | | $426.52 | Instanter | $6,000.00 | | $6,000.00 | $6,000.00 | | | | $481.94 | $1,275.52 | | |
| **APO** | | | **APO 7/19 - 3/20; less susp $-426.52; instanter $6000; begin 4/15/20 Stip pmt $335.14 until post arrears paid in full. Post arrears $6761.66** | | **$426.52** | **-$426.52** | | **$426.52** | **$0.00** | APO susp | $426.52 | | $6,426.52 | $6,426.52 | | | | $481.94 | $1,275.52 | | |
| **RMMP resume 4/1/20** | | | | | | **$0.00** | | | **$0.00** | | | | **$6,426.52** | $6,426.52 | | | | **$481.94** | **$1,275.52** | | |
| 4/9/2020 | | APO | APO payment applied | 12/1/18 | | $0.00 | | | $0.00 | 7/1/2019 | | $636.74 | $5,789.78 | $6,426.52 | | | | $481.94 | $1,275.52 | | |
| 4/10/2020 | | APO | APO payment applied | 1/1/19 | | $0.00 | | | $0.00 | 8/1/2019 | | $636.74 | $5,153.04 | $6,426.52 | | | | $481.94 | $1,275.52 | | |
| 4/10/2020 | | APO | APO payment applied | 2/1/19 | | $0.00 | | | $0.00 | 9/1/2019 | | $636.74 | $4,516.30 | $6,426.52 | | | | $481.94 | $1,275.52 | | |
| 4/10/2020 | | APO | APO payment applied | 3/1/19 | | $0.00 | | | $0.00 | 10/1/2019 | | $636.74 | $3,879.56 | $6,426.52 | | | | $481.94 | $1,275.52 | | |
| 4/10/2020 | | APO | APO payment applied | 4/1/19 | | $0.00 | | | $0.00 | 11/1/2019 | | $636.74 | $3,242.82 | $6,426.52 | | | | $481.94 | $1,275.52 | | |
| 4/10/2020 | | APO | APO payment applied | 5/1/19 | | $0.00 | | | $0.00 | 12/1/2019 | | $636.74 | $2,606.08 | $6,426.52 | | | | $481.94 | $1,275.52 | | |
| 4/10/2020 | | APO | APO payment applied | 6/1/19 | | $0.00 | | | $0.00 | 1/1/2020 | | $636.74 | $1,969.34 | $6,426.52 | | | | $481.94 | $1,275.52 | | |
| 4/10/2020 | | APO | APO payment applied | 7/1/19 | | $0.00 | | | $0.00 | 2/1/2020 | | $636.74 | $1,332.60 | $6,426.52 | | | | $481.94 | $1,275.52 | | |
| 4/10/2020 | | APO | APO payment applied | 8/1/19 | | $0.00 | | | $0.00 | 3/1/2020 | | $636.74 | $695.86 | $6,426.52 | | | | $481.94 | $1,275.52 | | |
| 5/13/2020 | | Pre | Pre-Petition Pmt Applied | 9/1/19 | | $0.00 | | | $0.00 | | | | $695.86 | $6,426.52 | 9/1/2018 | $345.58 | $592.86 | $234.66 | $1,621.10 | | |
| 6/9/2020 | | Pre | | | | $0.00 | | | $0.00 | | | | $695.86 | $6,426.52 | | $186.19 | | $420.85 | $1,807.29 | | |
| 7/9/2020 | | Pre | | | | $0.00 | | | $0.00 | | | | $695.86 | $6,426.52 | | $186.19 | | $607.04 | $1,993.48 | | |
| 8/11/2020 | | Pre | Pre-Petition Pmt Applied | 10/1/19 | | $0.00 | | | $0.00 | | | | $695.86 | $6,426.52 | 10/1/2018 | $91.33 | $590.67 | $107.70 | $2,084.81 | | |
| 9/9/2020 | | Pre | | | | $0.00 | | | $0.00 | | | | $695.86 | $6,426.52 | | $504.90 | | $612.60 | $2,589.71 | | |
| 10/6/2020 | | Pre | Pre-Petition Pmt Applied | 11/1/19 | | $0.00 | | | $0.00 | | | | $695.86 | $6,426.52 | 11/1/2018 | $186.19 | $590.67 | $208.12 | $2,775.90 | | |
| 10/20/2020 | $4,234.74 | APO | 04/15/20 Stip pmt | | $335.14 | $3,899.60 | $3,899.60 | | $3,899.60 | | $335.14 | | $1,031.00 | $6,761.66 | | | | $208.12 | $2,775.90 | | |
| 10/20/2020 | | Post | 4/1/20 | 12/1/19 | $636.74 | -$636.74 | | $636.74 | $3,262.86 | | | | $1,031.00 | $6,761.66 | | | | $208.12 | $2,775.90 | | |
| 10/20/2020 | | Post | 5/1/20 | 1/1/20 | $636.74 | -$636.74 | | $636.74 | $2,626.12 | | | | $1,031.00 | $6,761.66 | | | | $208.12 | $2,775.90 | | |
| 10/20/2020 | | Post | 6/1/20 | 2/1/20 | $719.60 | -$719.60 | | $719.60 | $1,906.52 | | | | $1,031.00 | $6,761.66 | | | | $208.12 | $2,775.90 | | |
| 10/20/2020 | | Post | 7/1/20 | 3/1/20 | $719.60 | -$719.60 | | $719.60 | $1,186.92 | | | | $1,031.00 | $6,761.66 | | | | $208.12 | $2,775.90 | | |
| 10/20/2020 | | Post | 8/1/20 | 4/1/20 | $719.60 | -$719.60 | | $719.60 | $467.32 | | | | $1,031.00 | $6,761.66 | | | | $208.12 | $2,775.90 | | |
| 1/13/2021 | | Pre | | | | $0.00 | | | $467.32 | | | | $1,031.00 | $6,761.66 | | $191.96 | | $400.08 | $2,967.86 | | |
| 2/8/2021 | | Pre | | | | $0.00 | | | $467.32 | | | | $1,031.00 | $6,761.66 | | $115.82 | | $515.90 | $3,083.68 | | |
| 3/9/2021 | | Pre | | | | $0.00 | | | $467.32 | | | | $1,031.00 | $6,761.66 | | $234.39 | | $750.29 | $3,318.07 | | |
| 4/8/2021 | | Pre | | | | $0.00 | | | $467.32 | | | | $1,031.00 | $6,761.66 | | $398.15 | | $1,148.44 | $3,716.22 | | |
| 4/8/2021 | $1,300.00 | Post | 9/1/20 | 5/1/20 | $719.60 | $580.40 | $580.40 | | $1,047.72 | | | | $1,031.00 | $6,761.66 | | | | $1,148.44 | $3,716.22 | | |
| | | Post | 10/1/20 | 6/1/20 | $719.60 | -$719.60 | | $719.60 | $328.12 | | | | $1,031.00 | $6,761.66 | | | | $1,148.44 | $3,716.22 | | |
| 5/12/2021 | | Pre | Pre-Petition Pmt Applied | 7/1/20 | | $0.00 | | | $328.12 | | | | $1,031.00 | $6,761.66 | 12/1/2018 | $325.75 | $581.32 | $892.87 | $4,041.97 | | |
| | | Pre | Pre-Petition Pmt Applied | 8/1/20 | | $0.00 | | | $328.12 | | | | $1,031.00 | $6,761.66 | 1/1/2019 | | $581.32 | $311.55 | $4,041.97 | | |
| 5/17/2021 | $3,000.00 | Post | 11/1/20 | 9/1/20 | $719.60 | $2,280.40 | $2,280.40 | | $2,608.52 | | | | $1,031.00 | $6,761.66 | | | | $311.55 | $4,041.97 | | |
| | | Post | 12/1/20 | 10/1/20 | $719.60 | -$719.60 | | $719.60 | $1,888.92 | | | | $1,031.00 | $6,761.66 | | | | $311.55 | $4,041.97 | | |
| | | Post | 1/1/21 | 11/1/20 | $719.60 | -$719.60 | | $719.60 | $1,169.32 | | | | $1,031.00 | $6,761.66 | | | | $311.55 | $4,041.97 | | |
| | | Post | 2/1/21 | 12/1/20 | $719.60 | -$719.60 | | $719.60 | $449.72 | | | | $1,031.00 | $6,761.66 | | | | $311.55 | $4,041.97 | | |
| 6/10/2021 | | Pre | | | | $0.00 | | | $449.72 | | | | $1,031.00 | $6,761.66 | | $354.99 | | $666.54 | $4,396.96 | | |
| 7/14/2021 | | Pre | Pre-Petition Pmt Applied | 1/1/21 | | $0.00 | | | $449.72 | | | | $1,031.00 | $6,761.66 | 2/1/2019 | $365.01 | $581.32 | $450.23 | $4,761.97 | | |
| 8/11/2021 | | Pre | Pre-Petition Pmt Applied | 2/1/21 | | $0.00 | | | $449.72 | | | | $1,031.00 | $6,761.66 | 3/1/2019 | $464.12 | $581.32 | $333.03 | $5,226.09 | | |
| 9/9/2021 | | Pre | | | | $0.00 | | | $449.72 | | | | $1,031.00 | $6,761.66 | | $751.41 | | $1,084.44 | $5,977.50 | | |
| 10/14/2021 | | Pre | | | | $0.00 | | | $449.72 | | | | $1,031.00 | $6,761.66 | | $501.16 | | $1,585.60 | $6,478.66 | | |
| 10/15/2021 | | Pre | | | | $0.00 | | | $449.72 | | | | $1,031.00 | $6,761.66 | escrow shortage | | $900.84 | $684.76 | $6,478.66 | | |
| 11/9/2021 | | Pre | | | | $0.00 | | | $449.72 | | | | $1,031.00 | $6,761.66 | | $503.84 | | $1,188.60 | $6,982.50 | | |
| 12/8/2021 | | Pre | | | | $0.00 | | | $449.72 | | | | $1,031.00 | $6,761.66 | | $503.84 | | $1,692.44 | $7,486.34 | | |
| 12/9/2021 | | Pre | | | | $0.00 | | | $449.72 | | | | $1,031.00 | $6,761.66 | escrow shortage | | $123.63 | $1,568.81 | $7,486.34 | | |
| 12/9/2021 | | Pre | | | | $0.00 | | | $449.72 | | | | $1,031.00 | $6,761.66 | late charge | | $87.29 | $1,481.52 | $7,486.34 | | |
| 12/14/2021 | | Pre | | | | $0.00 | | | $449.72 | | | | $1,031.00 | $6,761.66 | corp | | $796.76 | $684.76 | $7,486.34 | | |
| 1/13/2022 | | Pre | | | | $0.00 | | | $449.72 | | | | $1,031.00 | $6,761.66 | | $503.84 | | $1,188.60 | $7,990.18 | | |
| 2/14/2022 | | Pre | | | | $0.00 | | | $449.72 | | | | $1,031.00 | $6,761.66 | | $557.97 | | $1,746.57 | $8,548.15 | | |
| 2/18/2022 | | Pre | | | | $0.00 | | | $449.72 | | | | $1,031.00 | $6,761.66 | corp | | $900.00 | $846.57 | $8,548.15 | | |
| 6/9/2022 | | Pre | | | | $0.00 | | | $449.72 | | | | $1,031.00 | $6,761.66 | CORP | | $289.94 | $556.63 | $8,548.15 | | poc corp balance 846.57 |
| 6/9/2022 | | Pre | | | | $0.00 | | | $449.72 | | | | $1,031.00 | $6,761.66 | corp | | $250.00 | $306.63 | $8,548.15 | | |
| 6/9/2022 | | APO | | | | $0.00 | | | $449.72 | APO corp | | $850.00 | $181.00 | $6,761.66 | | | | $306.63 | $8,548.15 | | |
| 6/9/2022 | | APO | | | | $0.00 | | | $449.72 | APO corp | | $181.00 | $0.00 | $6,761.66 | | | | $306.63 | $8,548.15 | | |
| pending | | Pre | | | | $0.00 | | | **$449.72** | | | | $0.00 | $6,761.66 | corp | | $306.63 | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | $449.72 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **3/1/21** | | **$719.60** | -$719.60 | | **$719.60** | -$269.88 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **4/1/21** | | **$719.60** | -$719.60 | | **$719.60** | -$989.48 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **5/1/21** | | **$719.60** | -$719.60 | | **$719.60** | -$1,709.08 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **6/1/21** | | **$691.65** | -$691.65 | | **$691.65** | -$2,400.73 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **7/1/21** | | **$691.65** | -$691.65 | | **$691.65** | -$3,092.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **8/1/21** | | **$691.65** | -$691.65 | | **$691.65** | -$3,784.03 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **9/1/21** | | **$691.65** | -$691.65 | | **$691.65** | -$4,475.68 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **10/1/21** | | **$691.65** | -$691.65 | | **$691.65** | -$5,167.33 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **11/1/21** | | **$691.65** | -$691.65 | | **$691.65** | -$5,858.98 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **12/1/21** | | **$691.65** | -$691.65 | | **$691.65** | -$6,550.63 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **1/1/22** | | **$691.65** | -$691.65 | | **$691.65** | -$7,242.28 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **2/1/22** | | **$691.65** | -$691.65 | | **$691.65** | -$7,933.93 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **3/1/22** | | **$691.65** | -$691.65 | | **$691.65** | -$8,625.58 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **4/1/22** | | **$691.65** | -$691.65 | | **$691.65** | -$9,317.23 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **5/1/22** | | **$691.65** | -$691.65 | | **$691.65** | -$10,008.88 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **6/1/22** | | **$726.00** | -$726.00 | | **$726.00** | -$10,734.88 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **POST DUE** | | | **7/1/22** | | **$726.00** | -$726.00 | | **$726.00** | -$11,460.88 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **PPFN Due** | | | | | **$1,649.50** | -$1,649.50 | | **$1,649.50** | -$13,110.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **PPFN Due** | | | | | **$200.00** | -$200.00 | | **$200.00** | -$13,310.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| **PPFN Due** | | | | | **$266.00** | -$266.00 | | **$266.00** | **-$13,576.38** | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |
| | | | | | | $0.00 | | | -$13,576.38 | | | | $0.00 | $6,761.66 | | | | $0.00 | $8,548.15 | | |